Sherwood Faubel, Respondent, v. William H. Draper, Jr., as Trustee of Long Island Rail Road Company, Appellant.—

The original verdict must have been the result of " passion, prejudice or a wrong conception of the evidence " in view of the trial judge finding it necessary to make so great a cut in the

verdict to the sum of $100,000. Consequently in the interest of justice there should be a new trial before another jury. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.